**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ELMER DAVENPORT, | : | No. 25 EAP 2015 |
| | : | |
| Appellant | : | Appeal from The order of |
| | : | Commonwealth Court dated May 14, |
| | : | 2015 at No. 145 M.D. 2015. |
| v. | : | |
| | : | |
| | : | |
| PA. BOARD OF PROBATION AND | : | |
| PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 18th day of November 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**.